UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

Lanny Marvin Bush            (
                             )
vs.                          (        cause no; 6;19-cv-00006-C
                             (
Collier, Dircetor ,TDCJ      )

---

MOTION FOR APPOINTMENT OF COUNSEL

---

    Pursant to 28 U.S.C. § 1915(e)(1), Petitioner/Plaintiff, Lanny Marvin Bush, Moves for an Order appointing Counsel to represent him in this Case. In Support of this Motion Petitioner/Plaintiff states,.....

    1. Petitioner is unable to afford counsel. He has asked to leave to proceed in forma paperius.

    2. Petitioner 's imprisnment will greately limit his ability to litigate and Present sufficent fcats and Documenst required for the Court to Properly Consider the Issues at hand. Seveeal Documnets are in the possession of the Police department, that refuses to provide them to the Petitioner. These documents support Petitioners grounds.

    3. The issues are extremely complex , and will require siginifacant research and investigation, that Plaintiff/ Petitioner does not have.

    4. Counsel would better ennable Petitioner/ Plaintiff the oppertunity to gather needed documents and evidence that will support his Grounds.

    5. Counsel would reduce the courts time and attention to this case and would greately uncover the errors involved to show the Courts.

    WHEREFORE PREMISIS CONSIDERED, Plaintiff/Petitioner request the Court Appoint Counsel to aid and Assist in this Matter.

                                  Lanny Marvin Bush Pro-Se
                                  2664 FM 2054
                                  Tennessee Colony, Tex. 75886

CERTIFICATE OF SRVICE

I hereby certify that on this date, I forwarded a copy of the foregoing documnets _Motion for Appointment of Counse_, to _United States District Court_, ~~the attorney for the defendants~~ at the address of _33 E. Twohig - Room 202_, _San Angelo TX_ , _75086_.

Done this _19_ DAY OF _Feby_ 2019.

_Lanny W. Bush_
Lanny W. Bush 1917810
Pro-Se

Lanny H. Bush
2664 FM 2054
Tennessee Colony, Tx 75886