IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| LANNY MARVIN BUSH, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:19-CV-00006-C |
| | § | |
| LORIE DAVIS-DIRECTOR TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner has filed his Petition for Writ of Habeas Corpus by a Person in State Custody. The Court has considered Petitioner's Application to Proceed *in Forma Pauperis* and his statement of inmate trust account provided by the institution where he is incarcerated, and finds that Petitioner should be granted permission to proceed *in forma pauperis* until further order.

SO ORDERED.

Petitioner shall promptly notify the Court of any change of address by filing a written notice of change of address with the Clerk. Failure to file such notice may result in the dismissal of the petition for failure to prosecute.

Dated February 27, 2019.

_____
SAM R. CUMMINGS
Senior United States District Judge