**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION**

| | | |
|---|---|---|
| LANNY MARVIN BUSH, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:19-CV-00006-C |
| | § | |
| LORIE DAVIS-DIRECTOR TDCJ-CID, | § | |
| | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the Court is Petitioner's Motion for Appointment of Counsel filed on February 25, 2019. At this time, Petitioner has failed to demonstrate that his case is so legally or factually complex that he is unable to adequately investigate and present his claim and no hearing has been scheduled. The Court therefore finds that his request for appointment of counsel should be DENIED.

SO ORDERED.

Dated February 27, 2019.

_____
SAM R. CUMMINGS
Senior United States District Judge