

### RE: New case 6:19-CV-06

Haney, Laura  to: Daina_Schwartz@txnd.uscourts.gov, Marshall, Edward  02/27/2019 10:36 AM

From: "Haney, Laura" <Laura.Haney@oag.texas.gov>
To: "Daina_Schwartz@txnd.uscourts.gov" <Daina_Schwartz@txnd.uscourts.gov>, "Marshall, Edward" <Edward.Marshall@oag.texas.gov>

Received 2/27/2019. Thanks.
Laura L Haney
Administrative Assistant IV / Docket Clerk
Office of the Attorney General
Criminal Appeals Division
300w. 15th St. 8th Floor
Austin, Texas 78701
512/475-3257

-----Original Message-----
From: Daina_Schwartz@txnd.uscourts.gov [mailto:Daina_Schwartz@txnd.uscourts.gov]
Sent: Wednesday, February 27, 2019 9:44 AM
To: Marshall, Edward <Edward.Marshall@oag.texas.gov>; Haney, Laura <Laura.Haney@oag.texas.gov>
Subject: New case 6:19-CV-06

Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and prior agreement with your office, Respondent is electronically served a copy of the Petition for Writ of Habeas Corpus, supporting documents thereto, and the order directing response. Please acknowledge receipt of service by replying to this email, without attachments, inserting your name and date of receipt beside this statement:
(See attached file: 6-19-cv-00006-C.pdf)