Lanny M. Bush
1917810
2664 FM 2054
Tennessee Colony, TX. 75886

United States District Cour
33. E. Twohig
San Angelo, TX 76902

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2019 MAR -4 PM 3:03
DEPUTY DSS
2-27-19

re: Cause # 6:19-cv-00006-C   [Correction and Forma Paupris]

Clerk:

    Please be advised that I received the courts Deficiency Order the day after I mailed my brief. (2-20-19). On that date I submitted a Forma Paupris application, correcting my error. I have also corrected my error of the Respondent, which shall now show Lorie Davis as Respondent.

    Please advise me if these corrections are not in compliance with the Rules. I thank you for the time to correct my errors.

Respectfully,

*Lanny M. Bush*
Lanny M. Bush
1917810
Pro Se

Larry M. Beal – 1917810
2669 FM 2054
Michaels Unit
Tennessee Colony, TX. 75886

RECEIVED
MAR 4 2019

United States District Court
33 E. Twohig – Rm 202
San Angelo, TX 76902