Clerk
US District Court
33. Twohig - Rm 208
San Angelo, TX 76903



3-7-19

Dear Clerk;

Please find Enclosed _Motion to Exclude_. Please Bring to the attenth of the Court.

Also Please Provide me with a copy of the Local Court Rules and a Docket Sheet.

Thank You!

Respectfully;

Larry M. Bush
Pro-se
Petitioner

United States District Court
Northern District of Texas
San Angelo Division

Lanny M. Bush,
    Petitioner

v.

Lorie Davis,
    Respondent,

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2019 MAR 11 PM 1:21

Cause No: 6:19-CV-00006-C

## Motion to be Excluded From Extra Copies

Honorable Judge of Said Court:

    Comes Now Petitioner, in this above styled cause whom files his **Motion to be Excluded** from Rule 5(b)(2) Fed. R. Civ. P. based on the following:

1. Petitioner is currently in PHD/Lock-up and unable to obtain Carbon-on copies in which to make duplicates for the Court.

2. TDCJ does not provide any form of Xerox, photocopying, or copying service for offenders.

3. Petitioner has no funds to obtain the services of a free world copying service.

4. To Require Extra Copies would Greatly Burden the Petitioner, and Create Unjust Seeking Relief.

Premises Considered, Petitioner will faithfully follow all Court Rules and Orders and Moves this Court to all Petitioner to be Excluded from xtra copies.

    Petitioner will forever Pray.

Lanny M. Bush
Lanny M. Bush 1911810
2664 FM 2054
Tenn. Colony TX. 75886

-1-

## Certificate of Service

I do hereby certify that a True and Correct document entitled Motion to Exclude has been served via U.S. Mail; Properly addressed; Postage Due Paid; to the United States District Court, 33 E. Twohig, Room 208, San Angelo Tx. 76903.

Done this 7 day of March 2019.

Larry M. Bush
Larry M. Bush - 1917810
2664 FM 2054
Tennessee Colony Tx 75886

Lenny M. Bush - 1917810
2664 FM 2054 - Michael Unit
Tennessee Colony, TX 75886



NORTH TEXAS TX PDC
DALLAS TX 750
08 MAR 2019 PM 3 L

United States District Court
Northern District of Texas
33 Twohig - Room - 208
San Angelo, TX. 76903

7500036488 0002

— legal —