IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| LANNY MARVIN BUSH, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 6:19-CV-00006-C |
| v. | § | |
| | § | |
| LORIE DAVIS, Director, TDCJ-CID | § | |
| | § | |
| Respondent. | § | |

## RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL

This notice is filed to inform the Court that the undersigned attorney will be acting as lead counsel in this case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

ADRIENNE MCFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

s/ Jessica Manojlovich
JESSICA MANOJLOVICH*
*Lead Counsel       Assistant Attorney General
State Bar No. 24055632

P. O. Box 12548, Capitol Station
Austin, Texas  78711
Phone (512) 936–1400

Facsimile No. (512) 936–1280

ATTORNEYS FOR RESPONDENT

# CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was served by placing same in the United States Mail, postage prepaid, on this the 14th day of March 2019, addressed to:

Lanny Marvin Bush
TDCJ No. 1917810
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

                               s/ Jessica Manojlovich
                               JESSICA MANOJLOVICH
                               Assistant Attorney General