IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| LANNY MARVIN BUSH, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> LORIE DAVIS-DIRECTOR TDCJ-CID, § <br> § <br> Respondent. § | CIVIL ACTION NO. 6:19-CV-00006-C |

## ORDER

Petitioner filed a motion seeking an extension of time to reply to Respondent's Answer.

The Court finds that Petitioner's request for an extension should be granted in part.

**Petitioner shall have until June 14, 2019, to file his reply to Respondent's response.**

**Petitioner is cautioned to limit his response to only the arguments raised by Respondent and Petitioner shall not include any new allegations of fact or new grounds for relief.**

NO FURTHER EXTENSIONS SHALL BE GRANTED.

SO ORDERED.

Dated May 20, 2019.

SAM R. CUMMINGS
Senior United States District Judge