Lanny M. Bush
2664 FM 2054
Tennessee Colony, Tx

United States District Court           July/25/2019
33 Twohig
San Angelo, Tx 76903

re; Motion for Appointment fo counsel/ Request for Clerks Docket Sheet
(cause No 6;19-00006-C, Bush v. Davis)

Dear Clerk,
       Please find enclosed Petitioners motion for Counsel. please bring to the Attention of the Honorable Justice at your earliest Convience. Also please furnish me a Copy of the Clerks Docket Sheet in this Cause. thasnk you for your time.

                                                 respectfullly,
                                              Lanny M. Bush Pro-Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

LANNY M. BUSH: PETITIONER )
(
)
V. ) CIVIL ACTION: 6;19-cv-00006-C
)
LORIE DAVIS, DIRECTOR, TDCJ )
RESPONDANT (

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2019 JUL 31 PM 3:09
DEPUTY _____

## MOTION FOR APPOINTMENT OF COUNSEL

TO HONORABLE JUSTICE OF SAID COURT:

COMES NOW, Petitioner, Lanny m. Bush, in the above sty;ed and numbered cause, whom files this Motion for appointment of Counsel, Pursant to 28 U.S.C.§ 1915(e)(1), to represent and /or assist in this cause.

In support of this Motion Petitioner States;

1. Petitioner is unable to afford counsel, and has requested leave to proceed in Forma Paupris.

2. Petitioners Imprisonment will greately limit his ability to litigate and secure vital and important documents that support the Allegations of his 28 U.S.C. § 2254, now pending in this Court.

3. The issues in this case are very complex and will require siginficant research and investigation, along with discovery, to substain and support his Habeaus.

4. Petitioner has limited acess to the Law library and limited Knowledge of Consitutional Law.

5. Any Hearings or Trials in this matter will involve conflicting testimony and counsel would better enable Petitioner to present Proper evidence and Allow Fairness in the justice system.

6. In accordance with federal esstablished law, Evidence exist that can be easily produced by an attorney that will support and confirm Petitioners claims, reguarding, Brady Violation and Strickland,.

Petitioner has repeately sought assistance from attorneys in this matter. (see Enclosed Letters)

Prayer

Wherefore premisis considered, Petitioner moves this Court to appoint Counsel in this matter, to either assist or Help produce Discovery in the intrest of Justice, and not for un-necesssary delay.

Lanny M. Bush Pro-Se

cc. retained

## CERTIFICATE OF SERVICE

I do hereby certify that a True and Correct, Motion for Appointment of Counsel, has been Mailed , to the Honorable United States District Court, Northern District of texasm San Angelo, Correctly addressed and Sealed.

Done this ___25___ day of ___July___ 2019.

_____
Lanny M. Bush Pro-se

- end-

cc; reatined

Lanny M. Bush 1917810
2664 FM 2054-M1 Unit
Tennessee Colony, Texas 75886

John L. Blagg
504 Pecan St
Brownwood, Texas 76801                                July/09/2019

re; <u>Seeking Attorney assistance in a Criminal Matter,</u>

Dear Sir;
    I write to seek your assistane in a Criminal Matter inwhich I am Challenging my conviction out of Coleman County. You represented me in a Parole Revoation hearing and got me re-released from TDC. a Job very few People have accomplished. Your name came up in a Disposition from Perry Sims about the Tactis that were used in the Murder Trial by Michael Murry whereas he creates Conflicted intrest between the Defendant and the Attorney byputting the Attorneys Prior and Current clients on the States Witness list. This was allso done in my case out of Coleman County, but the only diffrence was that, had I known about it at the time, I could have forced the State to call this witness(Compulsaary Clause) and exposed the Tactis and Gifts that the witness recieved to testify, Instead I was denied that rigfht.

  While it shoulf be noted that the Witness Knew Absoultely Nothingabout the case except from what he read and was told. My main points of errors are Brady Violation,(cuyler v. Sullivan) Coercied statements,(Miranda v. Arizona),Conflicted Intrested(Kylsee V. Whitley) and 6th ammendemnt Violation for not allowing me to Cross examine a witness(Douglas v. Aa.)

  Currently I have a Habeaus Corpus in Federal court, Northern Dist, San angelo divi(Bush v, Davis;6;19-cv-00006-C). As an indigent Offender I have an almost impossible chance of winning any relief when battling ALL the States Litigation division, even with such excellant Grounds. Most of the Ground work has been done and researched, it just needs fine Tuned by an expert. I plan to seek Counsel from the Courts in the near Future. What I need from you is one of two t hings, (or Both)(1) I need your legal assistance to fine tune this habeaus, OR (2) a affidavit from you statimg that the District Attorney is Known for <u>Creating conflict</u> between the Client and Attorney, especially right before Trial in an ateempt to get the Attorney to withdraw. (word as you Need).

  I would greatly appericate your help in any form. I respect your decision, and I know that you are not swagdd by Brown County Ploitics.

    I await your reply

                                                *[signature]*
                                             Lanny M Bush

cc/retained

Lanny M Bush 1917810
2664 FM 2054 -M1 Unit
Tennessee Colony, Texas 75886

Scott Morelock                                          July/09/2019
207 N. Fisk
Brownwood, Tex. 76801

re; <u>Attorney asisdance in a Criminal Case</u>

Dear Sir

    I write to seek your assistance in a CRiminal Case challenging my Conviction out of Coleman County. My main points of Error are; Brady Violation(Cuyler V. Sullivan), Coercied Satements, (Miranda V. Arizona), Conflicted Intrests, (Kyles v. Whitley) and 6th ammendment Violation (Complusory clause) Douglas V. alabama). In compliance with Local Court rules and <u>Fed R. Crim Proc</u>. I must seek counsel before any request to the Court. I am Now in the US District Court, Northern District of texas, San angelo division with a Habeaus Pending (22.54)(Bush v. Davis-6;19-cv00006-C). Your assistance would be greatly apperciated as an Indigent Offender as zero odds of winning agianst the State Attorney, even on such great Grounds of Error. Most of the Ground work has already been lain and researched as well, I need someone to Fine tune this Habeaus.

    I await your response..

                                          Respectfully,
                                          Lanny M. Bush

*/s/ Lanny M Bush*

cc/retained

Lanny Marvin Bush 1917810
2664 FM 2054- Michaels Unit, TDCJ
Tennessee Colony, Tex. 75886

Nina Meador
909 Main St.
Brownwood, Texas 76801

July -9th-2019

re; Attorney assistance in Criminal Case

Dear Attorney;
I write to seek your assistance in a criminal case challenging my conviction out of Coleman County. My main Points of eror are, Brady Violation, (cuyler V. Sullivan), Coercied Statements, (Miranda V. Arizona), Conflicted Intrest, (Kyles V. Whitley) and 6th ammendment violation, (Dpuglas V alabama). In compliance with Local Court rules and US district Court rules, I have to seek Counsel myself before the Courts will appoint one. (BUSH V. DAVIS- 6;19-cv-00006-C) ( Northern District of Texas, San Angelo Div).

Most of the Ground work has been done and researched and Submitted I need someone to fine tune this Habeaus (22.54).

I look forward to hearing from you.

Respectfully;
Lanny M. Bush

*/signature/*

cc// retained

[Envelope image with return address and addressee]

Return address:
2654 FM 2054-Michaels Unit
Tenneessee Colony, Texas 75886

Postmark: NORTH TEXAS, DALLAS TX 750, 29 JUL 2019 PM 5 L

Received stamp: RECEIVED JUL 31 2019, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS

Addressee:
United States District Court
33 Twohig Rm 202
San Angelo, tx 76903

**********LEGAL**********

76903-545152