U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 9 2019

CLERK, U.S. DISTRICT COURT
By_____
                    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK, ABILENE, AND SAN ANGELO DIVISIONS

**SPECIAL ORDER NO. 3-331**

Effective August 9, 2019, all cases assigned to Senior Judge Sam R. Cummings, except those cases listed on Exhibit A, are reassigned to Judge Wes Hendrix and shall henceforth carry the suffix letter "H."

**SO ORDERED.**

August 9, 2019

_____
BARBARA M.G. LYNN
CHIEF JUDGE

| | | CASES TO REMAIN ON THE DOCKET OF JUDGE SAM R. CUMMINGS |
|---|---|---|
| 1 | 5:13-cv-00255-C | State of Texas v. EEOC, *et al* |
| 2 | 5:15-cv-00202-C | Baker v. TDCJ-CID, *et al* |
| 3 | 5:17-cv-00014-C | Wilson v. McLane |
| 4 | 5:17-cv-00027-C | Wheeler v. Davis-Director TDCJ-CID |
| 5 | 5:17-cv-00052-C | SEALED v SEALED |
| 6 | 5:17-cv-00063-C | Kennedy v. Collier |
| 7 | 5:17-cv-00064-C | Kalati v. McLane |
| 8 | 5:17-cv-00073-C | Molina v. Davis, Director, TDCJ-CID |
| 9 | 5:17-cv-00079-C | Mendoza-Torres v. Davis-Director TDCJ-CID |
| 10 | 5:17-cv-00091-C | Lawson v. Davis-Director TDCJ-CID |
| 11 | 5:17-cv-00102-C | Lawson v. Mclane - TCCO Executive Director |
| 12 | 5:17-cv-00105-C | Ochoa v. McLane, TCCO Executive Director |
| 13 | 5:17-cv-00106-C | McCall v. McLane, Director of TCCO |
| 14 | 5:17-cv-00121-C | Jolly v. United States of America |
| 15 | 5:17-cv-00123-C | Williams v. Marsha McLane, Executive Director-TCCO |
| 16 | 5:17-cv-00127-C | Green v. Mclane - TCCO Executive Director |
| 17 | 5:17-cv-00144-C | Kollaja v. Mclane - TCCO Executive Director |
| 18 | 5:17-cv-00147-C | Massingill v. Mclane - TCCO Executive Director |
| 19 | 5:17-cv-00149-C | Carrizales v. Mclane - TCCO Executive Director |
| 20 | 5:17-cv-00152-C | Lujan v. Mclane - TCCO Executive Director |
| 21 | 5:17-cv-00155-C | Short v. Mclane - TCCO Executive Director |
| 22 | 5:17-cv-00076-C | Mansolo v. Davis, Director, TDCJ-CID |
| 23 | 5:17-cv-00172-C | Stewart v. Mclane - TCCO Executive Director |
| 24 | 5:17-cv-00174-C | Patel v. Texas Tech University, *et al* |
| 25 | 5:17-cv-00187-C | Dunn v. Davis-Director TDCJ-CID |
| 26 | 5:17-cv-00194-C | Miller v. Mclane - TCCO Executive Director |
| 27 | 5:17-cv-00204-C | Lovings v. Mclane - TCCO Executive Director |
| 28 | 5:17-cv-00202-C | Lubbock Cooper ISD v. Dennis, *et al* |
| 29 | 5:17-cv-00214-C | Long et al v. Aetna Life Insurance Company |
| 30 | 5:17-cv-00221-C | D. et al v. Lubbock-Cooper Independent School District |
| 31 | 5:17-cv-00223-C | Williams v. Marsha McLane, Executive Director-TCCO |
| 32 | 5:17-cv-00231-C | Butler v. Davis, Director, TDCJ-CID |
| 33 | 5:17-cv-00235-C | Hayden v. Mclane - TCCO Executive Director |
| 34 | 5:17-cv-00238-C | Munoz v. Davis-Director TDCJ-CID |
| 35 | 5:17-cv-00259-C | Vicario v. Marsha McLane, Executive Director-TCCO |
| 36 | 5:17-cv-00266-C | Rodriguez v. Davis, Director, TDCJ-CID |
| 37 | 5:17-cv-00270-C | Scott v. Mclane - TCCO Executive Director |
| 38 | 5:17-cv-00282-C | Allen v. Davis-Director TDCJ-CID |
| 39 | 5:17-cv-00292-C | Ivery v. Davis-Director TDCJ-CID |
| 40 | 5:17-cv-00293-C | Mackey v. Enventives LLC DBA Venture Chemicals |
| 41 | 5:18-cv-00077-C | Hill v. Davis, Director-TDCJ CID |
| 42 | 5:18-cv-00144-C | Watson v. Davis-Director TDCJ-CID |
| 43 | 5:18-cv-00083-C | Zurovetz v. Davis-Director TDCJ-CID |
| 44 | 5:18-cv-00084-C | Omega Flex Inc. v. City of Lubbock |
| 45 | 5:18-cv-00095-C | Le v. The United States of America |
| 46 | 5:18-cv-00107-C | Garcia v. Trans Union LLC, *et al* |
| 47 | 5:18-cv-00119-C | Curtis v. Garza County Jail, *et al* |
| 48 | 5:18-cv-00124-C | Muzzy v. McLane |
| 49 | 5:18-cv-00127-C | Featherston v. Home Depot USA Inc, *et al* |
| 50 | 5:18-cv-00129-C | Robert McHam, Ltd. et al v. Thoms, *et al* |
| 51 | 5:18-cv-00133-C | Godwin et al v. Orcutt, *et al* |
| 52 | 5:18-cv-00134-C | Ballesteros v. Davis, Director, TDCJ-CID |
| 53 | 5:18-cv-00142-C | Epley v. Gonzalez, *et al* |
| 54 | 5:18-cv-00148-C | Escobedo v. Howard, *et al* |
| 55 | 5:18-cv-00150-C | Gonzalez d/b/a G G Construction v. Mid-Continent Casualty Company |
| 56 | 5:18-cv-00151-C | Jones v. Lubbock County Hospital District d/b/a University Medical Center |
| 57 | 5:18-cv-00149-C | Rodriguez v. USA |
| 58 | 5:18-cv-00152-C | Fulford v. Lowes Home Centers, LLC |

| | | CASES TO REMAIN ON THE DOCKET OF JUDGE SAM R. CUMMINGS |
|---|---|---|
| 59 | 5:18-cv-00156-C | Andrade v. Teichroeb |
| 60 | 5:18-cv-00186-C | Ford Motor Credit Company LLC v. Reagor-Dykes Amarillo LP, *et al* |
| 61 | 5:18-cv-00204-C | Vista Bank v. First Bancshares of Texas, Inc. |
| 62 | 5:18-cv-00209-C | Eltalawy v. Lubbock Independent School District, *et al* |
| 63 | 5:18-cv-00231-C | Holman v. Phillips & Cohen Associates Ltd. |
| 64 | 5:18-cv-00234-C | First Bank & Trust v. Reagor Automall, Ltd, *et al* |
| 65 | 5:18-cv-00266-C | First Bank & Trust v. Reagor Automall, Ltd, *et al* |
| 66 | 5:18-cv-00288-C | First Bank & Trust v. Reagor Automall, Ltd, *et al* |
| 67 | 5:19-cv-00007-C | Scott v. Integrity Recovery Management, LLC |
| 68 | 5:19-cv-00016-C | Aurora Cooperative Elevator Co. v. Cottingham |
| 69 | 5:19-cv-00018-C | Reagor-Dykes Motors, L.P. *et al* v. Ford Motor Credit Company, *et al* |
| 70 | 5:19-cv-00025-C | Siwell, Inc. v. Berthelette, *et al* |
| 71 | 5:19-cv-00042-C | Doe v. Texas Tech University Health Sciences Center, *et al* |
| 72 | 5:19-cv-00043-C | Villalobos v. Lubbock Heart Hospital, LLC, *et al* |
| 73 | 5:19-cv-00055-C | Universal Underwriters Service Corporation v. Reagor, *et al* |
| 74 | 5:19-cv-00059-C | Phillips v. USA |
| 75 | 5:19-cv-00060-C | Piazza v. Weather Group Television, LLC, *et al* |
| 76 | 5:19-cv-00069-C | Ulloa v. Farley |
| 77 | 5:19-cv-00073-C | BQ Garcia-Izazaga v. USA |
| 78 | 5:19-cv-00075-C | Ledesma v. USA |
| 79 | 5:19-cv-00089-C | Garcia v. USA |
| 80 | 5:19-cv-00090-C | Byrd v. USA |
| 81 | 5:19-cv-00097-C | Garza v. United States of America |
| 82 | 5:19-cv-00111-C | Broussard v. Michelin North America Inc. |
| 83 | 5:19-cv-00130-C | Chaney v. Tornier, Inc., *et al* |
| 84 | 5:19-cv-00134-C | Sanchez v. USA |
| 85 | 5:19-cv-00139-C | Lyghts v. USA |
| 86 | 5:19-cv-00137-C | International Bank of Commerce v. Ford Motor Credit Company LLC |
| 87 | 5:19-cv-00138-C | Griffin v. Seminole Police Department, *et al* |
| 88 | 5:19-cv-00142-C | McDonald v. USA |
| 89 | 5:19-cv-00146-C | Johnson v. USA |
| 90 | 1:15-cv-00169-C | Adkins v. U.S. Dep't. of Agriculture |
| 91 | 1:17-cv-00032-C | Darby v. Commissioner |
| 92 | 1:17-cv-00039-C | Vaughn v. Castaneda, *et al* |
| 93 | 1:17-cv-00050-C | Guerrero, *et al* v. Taylor County, Texas, *et al* |
| 94 | 1:17-cv-00061-C | Segler v. Davis |
| 95 | 1:17-cv-00124-C | Perez v. John Middleton Unit, *et al* |
| 96 | 1:17-cv-00110-C | Ibarra v. Davis-Director TDCJ-CID |
| 97 | 1:17-cv-00109-C | Young v. Davis-Director TDCJ-CID |
| 98 | 1:19-cv-00157-C | Wooten v. Davis-Director TDCJ-CID |
| 99 | 1:17-cv-00120-C | Evans v. Davis |
| 100 | 1:17-cv-00121-C | BL Scott v. Taylor County, *et al* |
| 101 | 1:17-cv-00129-C | Carrillo v. Davis-Director TDCJ-CID |
| 102 | 1:17-cv-00133-C | Franklin v. Davis |
| 103 | 1:17-cv-00140-C | Williams v. Weeks, *et al* |
| 104 | 1:17-cv-00147-C | Perez v. Davis |
| 105 | 1:17-cv-00150-C | Davis v. Davis, *et al* |
| 106 | 1:17-cv-00156-C | Chavez v. Castaneda |
| 107 | 1:17-cv-00161-C | Childs v. Castaneda |
| 108 | 1:17-cv-00177-C | Hendrick Medical Center v. Hargan |
| 109 | 1:17-cv-00181-C | Carrasco v. Castaneda |
| 110 | 1:17-cv-00193-C | Baity v. Davis |
| 111 | 1:18-cv-00002-C | Pena v. Keith |
| 112 | 1:18-cv-00006-C | Hurtado v. Kia Motors America, Inc. |
| 113 | 1:18-cv-00009-C | Herbert v. Castaneda |
| 114 | 1:18-cv-00011-C | Anson General Hospital et al v. Azar, II |
| 115 | 1:18-cv-00019-C | Walker v. Davis-Director TDCJ-CID |
| 116 | 1:18-cv-00033-C | Folds et al v. Nano Gas Technologies, Inc. |

| | | CASES TO REMAIN ON THE DOCKET OF JUDGE SAM R. CUMMINGS |
|---|---|---|
| 117 | 1:18-cv-00037-C | Allgood v. Davis-Director TDCJ-CID |
| 118 | 1:18-cv-00043-C | Juarez-Solis v. Keith |
| 119 | 1:18-cv-00044-C | Johnson v. Sperry, *et al* |
| 120 | 1:18-cv-00048-C | Payne v. Dewitt, *et al* |
| 121 | 1:18-cv-00050-C | Melvin v. Barr Roofing Co. |
| 122 | 1:18-cv-00060-C | Dow v. Davis-Director TDCJ-CID |
| 123 | 1:18-cv-00064-C | State Auto Insurance Company v. Acosta, *et al* |
| 124 | 1:18-cv-00068-C | Peraza, et al v. RJ Auto Motors |
| 125 | 1:18-cv-00071-C | Williams v. Keith |
| 126 | 1:18-cv-00073-C | Oldham v. United States Small Business Assoc. |
| 127 | 1:18-cv-00080-C | Smith v. Davis |
| 128 | 1:18-cv-00101-C | Rainey v. Thomason, *et al* |
| 129 | 1:18-cv-00091-C | White v. Davis-Director TDCJ-CID |
| 130 | 1:18-cv-00092-C | Garcia et al v. Foster, *et al* |
| 131 | 1:18-cv-00095-C | Gates v. City of Abilene |
| 132 | 1:18-cv-00113-C | Om Sairam Hospitality, Inc. v. Western World Insurance Company |
| 133 | 1:18-cv-00162-C | Kennedy et al v. Snell, *et al* |
| 134 | 1:18-cv-00177-C | Pogue v. Eastland ISD |
| 135 | 1:18-cv-00180-C | Hughes v. Abilene Police Dept. |
| 136 | 1:18-cv-00187-C | Betus v. Slate |
| 137 | 1:19-cv-00012-C | H.P., *et al* v. City of Eastland |
| 138 | 1:19-cv-00024-C | Southern Farm Bureau Life Ins. Co. v. Spiller, *et al* |
| 139 | 1:19-cv-00027-C | Icon Health & Fitness Inc v. Iconfitness, LLC |
| 140 | 1:19-cv-00039-C | Carrasco v. U.S.A. |
| 141 | 1:19-cv-00108-C | Hill v. Union Pacific Railroad Co. |
| 142 | 1:19-cv-00005-C | USA v. Developers Surety and Indemnity Co., *et al* |
| 143 | 1:19-cv-00017-C | Valencia v. Davis |
| 144 | 1:19-cv-00122-C | First Missionary Baptist Church v. Frost, *et al* |
| 145 | 1:19-cv-00128-C | Cook v. Commissioner of Social Security |
| 146 | 1:19-cv-00148-C | Smith v. Saul |
| 147 | 1:19-cv-00153-C | Cardenas-Rodriguez v. U.S.A. |
| 148 | 1:19-cv-00155-C | Clark v. U.S.A. |
| 149 | 6:15-cv-00073-C | Diaz v. USA |
| 150 | 6:16-cv-00059-C | Christiana Trust v. Riddle |
| 151 | 6:17-cv-00001-C | SEALED V. SEALED |
| 152 | 6:17-cv-00020-C | Young v. Davis |
| 153 | 6:17-cv-00023-C | Fredericksen v. Davis-Director TDCJ-CID |
| 154 | 6:17-cv-00030-C | Moreno v. Davis |
| 155 | 6:17-cv-00032-C | Vercher v. Jones |
| 156 | 6:17-cv-00034-C | Walden v. Davis-Director TDCJ-CID |
| 157 | 6:17-cv-00035-C | Glass v. USA |
| 158 | 6:17-cv-00037-C | Chumney v. Glasscock County Independent School District |
| 159 | 6:17-cv-00056-C | Roberson v. Davis-Director TDCJ-CID |
| 160 | 6:17-cv-00046-C | Brooksmith v. State of Texas |
| 161 | 6:17-cv-00050-C | Ramirez v. State of Texas |
| 162 | 6:17-cv-00053-C | Gross v. Dannatt |
| 163 | 6:17-cv-00052-C | Frederikson v. Davis-Director TDCJ-CID |
| 164 | 6:17-cv-00054-C | Hawkins v. Davis |
| 165 | 6:18-cv-00002-C | Linthicum v. Boyd |
| 166 | 6:18-cv-00003-C | Romero-Hidalgo v. Warden CI Big Spring |
| 167 | 6:18-cv-00010-C | Beadel v. Dometic Corporation |
| 168 | 6:18-cv-00023-C | Buckner v. Romulus Inc |
| 169 | 6:18-cv-00015-C | Cope, *et al* v. Coleman County, *et al* |
| 170 | 6:18-cv-00026-C | Cotton v. Shoppa's Material Handling, LTD |
| 171 | 6:18-cv-00027-C | Guillory v. Davis-Director TDCJ-CID |
| 172 | 6:18-cv-00028-C | Hurtado v. Shoppa's Material Handling, LTD |
| 173 | 6:18-cv-00038-C | American National Insurance Company v. Hernandez Torrez |
| 174 | 6:18-cv-00039-C | Smith v. Gamboa, *et al* |

Exhibit A

| | CASES TO REMAIN ON THE DOCKET OF JUDGE SAM R. CUMMINGS | |
|---|---|---|
| 175 | 6:19-cv-00018-C | Ramirez et al v. Internal Revenue Services |
| 176 | 6:19-cv-00021-C | Carbajal v. Republic Waste Services of Texas, Ltd. |
| 177 | 6:19-cv-00027-C | Flores v. USA |
| 178 | 6:19-cv-00032-C | Huerra v. USA |
| 179 | 6:19-cv-00043-C | Edwards v Commissioner of Social Security |
| 180 | 6:19-cv-00047-C | Miller v. Saul |