Lanny M. Bush — 1917810
2664 FM 2054
Tennessee Colony TX 75884

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2020 MAY 26 PM 3:20

DEPUTY ____PNP____

United States District Court
33. E. Twohig
San Angelo TX 76903

5-20-20

Re:  Request for copies of Document #31 — [ Bush v. Davis; 6:19-cv-00006-H ]

Clerk:

I seek a copy of Document #31 of this Record. Due to institutional lockdown, I was unable to retain a copy and therefore have no reference point. In accordance with 28 USC § 2250, [Smith v. Dretke; 422 F.3d 269 (5th Cir. 2005)] Petitioner who proceed in Forma Pauperis may obtain copies of pertinent documents or portions of the Record, without cost. This is the only document I seek and will not make any repetitious request. Just this single one. I thank you in advance for your time and patience.

Respectfully,

Lanny M. Bush
Pro-Se

Larry M. Bush - 1912810
Robert Lee Unit
Colorado City TX 75486



RECEIVED
MAY 26 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

PNP

NORTH TEXAS TX P&DC
DALLAS TX 750
21 MAY 2020 PM 3 L

Clerk
United States District Court
33 E. Twohig Rm 202
San Angelo TX 76903

76903-645152

